Attorney Stephen M. Reck
Admitted Pro Hac Vice
Levin, Rojas, Camassar & Reck, LLC
PO Box 431, North Stonington, CT 06359
Phone: (860) 535-4040
Fax: (860) 535-3434
Email: attorneyreck@yahoo.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| THIS DOCUMENT RELATES TO: | **MASTER SHORT-FORM COMPLAINT AND JURY TRIAL DEMAND** |
| _____ Leo Aime III_____, | |
| Plaintiff(s), | |
| v. | |
| Becton Dickinson and Company, et al., | |
| Defendants. | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate(s) by reference the Master Long-Form Complaint in MDL 3081 (Dkt. _119__). Pursuant to Case Management Order No. 7, this Short-Form Complaint adopts the allegations, claims, and relief as set forth in the Master Long-Form Complaint. As set forth below, Plaintiff(s) may include (a) additional claims and allegations against Defendants, as set forth in Paragraph 15 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other Defendants, as set forth in Paragraph 5 or an additional sheet attached hereto. Plaintiff(s) further allege(s) as follows:

**I.    PLAINTIFF(S)**

1. Name of Plaintiff/Decedent implanted with Bard Implanted Port Catheter Product ("Device") (first, middle, and last name):

    _____ Leo Aime III _____

2. Name of Plaintiff/Decedent's spouse (if bringing a loss-of-consortium claim):

3. Other Plaintiff and capacity (*i.e.*, administrator, executor, guardian, conservator, representative, survivor, etc.), if any:

_____

## II. DEFENDANT(S)

4. Plaintiff(s) name(s) the following Defendant(s) in this action:
   - ☒ Becton, Dickinson and Company
   - ☒ C.R. Bard, Inc.
   - ☒ Bard Access Systems, Inc.
   - ☒ Bard Peripheral Vascular, Inc.

5. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties and their citizenship are as follows:

_____

_____

_____

## III. JURISDICTION AND VENUE

6. City and State of domicile of each Plaintiff at time of filing Plaintiff(s)' initial Complaint:

   _____ Dandridge, Tennessee _____

7. City and State of residence of Plaintiff/Decedent at the time of Device placement:

   _____ Dandridge, Tennessee _____

8. City and State of residence of Plaintiff/Decedent at the time of alleged injury for which a claim is asserted:

   _____ Dandridge, Tennessee _____

9. Basis for jurisdiction:

☒ Diversity of citizenship (28 U.S.C. § 1332(a))

Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

10. Designated forum (United States District Court and Division, if applicable) in which Plaintiff asserts personal jurisdiction and venue would be proper absent direct filing in this MDL:

_____

IV. **PRODUCT USE AND INJURY**

11. Plaintiff/Decedent was implanted with the following Device(s) and alleges that the Device(s) caused their injuries[1]:

    BardPort M.R.I. Implantable Port

    BardPort M.R.I. Low-Profile Implantable Port

    BardPort Titanium Dome Implantable Port

    BardPort Titanium Implantable Port

    M.R.I. Plastic Dual Lumen Port

    M.R.I. Ultra SlimPort Implantable Port

    Peritoneal Titanium Port

    PowerFlow Implantable Apheresis IV Port

    PowerPort ClearVUE isp Implantable Port

    PowerPort ClearVUE Slim Implantable Port

☒ PowerPort duo M.R.I. Implantable Port

    PowerPort Implantable Port

---

[1] Check all that apply. See Exhibit A for additional information regarding the corresponding model numbers/product codes for these Devices.

3

1.     PowerPort isp Implantable Port
2.     PowerPort isp M.R.I. Implantable Port
3.     PowerPort M.R.I. Implantable Port
4.     PowerPort Slim Implantable Port
5.     PowerPort VUE M.R.I. Implantable Port
6.     PowerPort VUE Titanium Implantable Port
7.     SlimPort Dual-Lumen Rosenblatt Implantable Port
8.     Titanium Low-Profile Port
9.     Titanium SlimPort Implantable Port
10.     Vaccess CT Low-Profile Titanium Power-Injectable Port
11.     Vaccess CT Power-Injectable Implantable Port
12.     X-Port isp M.R.I. Implantable Port
13.     X-Port Low-Profile Titanium Port

☐ Other: _____

12. Date(s) of implantation as to the foregoing Device(s):

    _____06/23/17_____

    _____

13. Model number(s)/product code(s), if available, for the foregoing Device(s):

    _____REF: 1829570_____

    _____Lot: REBR1413_____

14. Complication(s) alleged to have occurred from use of the foregoing Device(s):

    Catheter fracture

☐ Infection

    Thrombosis

    Other: _multiple pulmonary emboli_____

V. **CAUSES OF ACTION**

15. Plaintiff(s) adopt(s) in this Short-Form Complaint the following claims and allegations asserted in the Master Long-Form Complaint:

☒ Count I: Design Defect – Strict Liability
☒ Count II: Design Defect – Negligence
☒ Count III: Failure to Warn/Instruct – Strict Liability
☒ Count IV: Failure to Warn/Instruct – Negligence
☒ Count V: Manufacturing Defect – Strict Liability
☒ Count VI: Manufacturing Defect – Negligence
☒ Count VII: Breach of Express Warranty
☒ Count VIII: Breach of Implied Warranty
☒ Count IX: Negligent Misrepresentation
☒ Count X: Fraudulent Misrepresentation
☒ Count XI: Fraudulent Concealment
☒ Count XII: Consumer Fraud and/or Unfair and Deceptive Trade Practices
☒ Count XIII: Unjust Enrichment
☐ Count XIV: Loss of Consortium
☐ Count XV: Wrongful Death
☐ Count XVI: Survival
☐ Count XVII: Successor Liability
☒ Timeliness and Tolling of Statutes of Limitation and Repose
☒ Punitive Damages
☐ Count XVIII: Other _____

If additional claim(s) against Defendant(s) are alleged in Count XVIII above, the facts supporting such claim(s) must be pleaded. Plaintiff(s) assert(s) the following factual allegations:

_____

_____

5

_____
_____
_____
_____

16. Jury Trial demanded for all issues so triable?

　　　☒ Yes

　　　☐ No

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long-Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: ___05/08/2024_____     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/*      Stephen M. Reck
　　　　　　　　　　　　　　　　　　　Attorney Stephen M. Reck
　　　　　　　　　　　　　　　　　　　Admitted Pro Hac Vice
　　　　　　　　　　　　　　　　　　　Levin, Rojas, Camassar & Reck, LLC
　　　　　　　　　　　　　　　　　　　PO Box 431, North Stonington, CT 06359
　　　　　　　　　　　　　　　　　　　Phone: (860) 535-4040
　　　　　　　　　　　　　　　　　　　Fax: (860) 535-3434
　　　　　　　　　　　　　　　　　　　Email: attorneyreck@yahoo.com

# EXHIBIT A

| Brand Name | Model Number/Product Code |
|---|---|
| BardPort M.R.I. Implantable Port | 0602610, 0602620, 0602640, 0602650, 0602660, 0602670, 0602680, 0602690, 0602830, 0602833, 0602840, 0602843, 0605400, 0605420, 0607173 |
| BardPort M.R.I. Low-Profile Implantable Port | 0603830, 0603840, 0603870, 0603880, 6603880 |
| BardPort Titanium Dome Implantable Port | 0602850, 0602860, 0602870 |
| BardPort Titanium Implantable Port | 0602230, 0602240, 0602270, 0602290, 0603000, 0602820, 0605300, 0605320, 0607301, 0607302, 0602210, 0602260, 0602280, 0602810 |
| M.R.I. Plastic Dual Lumen Port | 0603500, 0605920, 0605930, 0607100, 0607200, 0615460 |
| M.R.I. Ultra SlimPort Implantable Port | 0605640, 0655640 |
| Peritoneal Titanium Port | 0603000, 0603006 |
| PowerFlow Implantable Apheresis IV Port | A710962 |
| PowerPort ClearVUE isp Implantable Port | 1606052, 1606062, 1606362, 1606382, 1608052, 1608062, 1608362, 1608382, 1666362, 1668362, 1676300, 5606362, 5608062, 5608362, 5666362, 5668362, CP00004 |

| | |
|---|---|
| PowerPort ClearVUE Slim Implantable Port | 1616000, 1616001, 1616070, 1616071, 1616300, 1616380, 1618000, 1618001, 1618070, 1618300, 1618380, 1676301, 1678300, 1678301, 5616000, 5616300, 5618000, 5618300, 5676300, 5676301, 5678300, 5678301, CP00005 |
| PowerPort duo M.R.I. Implantable Port | 1829500, 1829570, 5829500, 5829502 |
| PowerPort Implantable Port | 1708000, 1708001, 1708070, 1708071, 1709600, 1709601, 1759600, 1759601, 1778000, 1778001, 1778070, 1778071 |
| PowerPort isp Implantable Port | 1706050, 1706051, 1706060, 1706061, 1708050, 1708051, 1708060, 1708061, 1708160, 1708550, 1708551, 1708560, 1708561, 4708060, 4708061, 4708560, 4708561, CP00001, CP00002, CP00003, CP00009 |
| PowerPort isp M.R.I. Implantable Port | 1806050, 1806051, 1806060, 1806061, 1808050, 1808051, 1808060, 1808061, 1808069, 1808360, 1808550, 1808551, 1808560, 1808561, 1809660, 1809661, 1859660, 1859661, 4808060, 4808061, 4808560, 4808561, 9808560 |
| PowerPort M.R.I. Implantable Port | 1808000, 1808001, 1808002, 1808070, 1808071, 1808300, 1809600, 1809601, 1809670, 1859600, 1859601, 1878000, 1878001, 1878070, 1878071 |

| | |
|---|---|
| PowerPort Slim Implantable Port | 1716000, 1716001, 1716070, 1716071, 1716080, 1718000, 1718001, 1718070, 1718500, 1718501, 1718570, 1718571, CP00008 |
| PowerPort VUE M.R.I. Implantable Port | 1806052, 1806062, 1808052, 1808062 |
| PowerPort VUE Titanium Implantable Port | 1706052, 1706062, 1708052, 1708062 |
| SlimPort Dual-Lumen Rosenblatt Implantable Port | 0604970, 0624970, 0654970 |
| Titanium Low-Profile Port | 0602180, 0602190, 0605490, 0605510, 0606100, 0606150, 0606200 |
| Titanium SlimPort Implantable Port | 0605550, 0605560, 0655510 |
| Vaccess CT Low-Profile Titanium Power-Injectable Port | 7360000, 7360001, 7380000 |
| Vaccess CT Power-Injectable Implantable Port | 7460000, 7480000, 7496000 |
| X-Port isp M.R.I. Implantable Port | 0607500, 0607510, 0607520, 0607530, 0607540, 0607550, 0607555, 0657500, 0657510, 0657520, 0657525, 7707540, 7757540 |
| X-Port Low-Profile Titanium Port | 0655870, 0605840, 0605850 |